# United States District Court for the Southern District of Iowa

Presiding: Honorable Ross A. Walters, U.S. Magistrate Judge
Criminal No. 4:22-mj-00491-HCA-1 : Clerk's Court Minutes – Initial Appearance

United States of America vs. Kiernan Major

| | |
|---|---|
| Gov. Atty(s): Debra L. Scorpiniti | : Indictment   Superseding Indictment   Information |
| Def. Atty(s): Melanie S. Keiper | : Complaint ✔ Warrant |
| Court Reporter: FTR Gold | : Code Violation/Offense: |
| Interpreter: N/A | : Rule 5 Out: Central District of California Case No. 2:22-mj-02873 |
| Date: July 27, 2022 | : |
| Time Start: 3:02 p.m.  Time End: 3:21 p.m. | : |

## Initial Appearance

✔ Defendant Advised of Rights
Representation:   ✔ Appointed FPD   Appointed CJA   Retained Counsel
Next Court Event:  ✔ Preliminary   Arraignment   Removal Hearing
   Set for: August 1, 2022, at 2:30 p.m.

## Arraignment

| | |
|---|---|
| Trial Scheduled for: | : Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : Indicted in True Name |
| Reciprocal Discovery due: | :   True Name: |
| Pretrial Motions due: | : Reading of Indictment Waived |
| Plea Notification Deadline: | : Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : Denied Forfeiture |

## Custody Status

✔ Government Moved for Detention    Detention Hearing Set: August 1, 2022, at 2:30 p.m.
Court Ordered Defendant:   Released on Bond  ✔ Detained

Minutes:

Per Administrative Order No. 20-AO-4-P entered by Judge John A. Jarvey on March 24, 2020, the defendant appeared at the hearing by video conference from the Polk County Jail. All parties consented to the proceeding being conducted via video conference. Assistant Federal Public Defender Melanie S. Keiper appeared for the defendant. The Court appointed the Federal Public Defender's Office to represent this defendant in the Southern District of Iowa. Defendant advised of rights. Government requested detention. The defendant waived the identity hearing only in this district. The Court set a detention and preliminary hearing for August 1, 2022, at 2:30 p.m. before the Honorable Helen C. Adams via video conference to the Polk County Jail. The Court ordered defendant to remain detained pending further proceedings and finds the hearing was conducted by reliable electronic means.

/s/ M. Mast
Deputy Clerk