IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:22-mj-491 |
| | ) | |
| v. | ) | |
| | ) | |
| KIERNAN MAJOR, | ) | WAIVER OF PRELIMINARY HEARING |
| | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, Kiernan Major, through counsel, and hereby waives his right to the preliminary hearing currently scheduled for August 1, 2022, at 2:30 p.m. In support of this waiver, counsel states:

1. Mr. Major is charged in a criminal complaint in the Central District of California with stalking, in violation of 18 U.S.C. § 2261A(2).

2. Mr. Major has received a copy of the criminal complaint and has discussed the allegations in the complaint and accompanying affidavit with counsel. Counsel and Mr. Major also discussed the formal indictment process in the federal system. Based on those discussions, and given the information contained in the criminal complaint, Mr. Major hereby waives his right to a preliminary hearing on the allegations contained in the criminal complaint.

3. Mr. Major understands that waiver of the preliminary hearing means the case will go forward and be presented by the government to a grand jury at some point in the near future, after which either a formal indictment will be returned, or the current case dismissed if an indictment is not returned.

4. Based on the discussion with Mr. Major, counsel believes his waiver of a

preliminary hearing is knowingly and voluntarily made, and believes he is competent and capable of making such a waiver at this time.

5.      Based on the inability to obtain a signature from Mr. Major prior to the scheduled hearing time due to contact and visitation restrictions in place because of the COVID-19 pandemic, counsel respectfully requests that the court accept this filing and counsel's statements on Mr. Major's behalf.

WHEREFORE, defendant Kiernan Major waives his right to a preliminary hearing under Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

   */s/ Melanie S. Keiper*
Melanie S. Keiper, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: Melanie_Keiper@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

  */s/Mindy Guynn*