IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:22-mj-491 |
| | ) | |
| v. | ) | |
| | ) | |
| KIERNAN MAJOR, | ) | WAIVER OF DETENTION HEARING |
| | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, Kiernan Major, through counsel, and hereby waives his right to the detention hearing currently scheduled for August 1, 2022, at 2:30 p.m., subject to his right to request a detention hearing in the Central District of California at a later date. In support of this waiver, counsel states:

1. Mr. Major is charged in a criminal complaint in the Central District of California with stalking, in violation of 18 U.S.C. § 2261A(2).

2. Counsel has spoken with Mr. Major, and he agrees that, under the circumstances, deferral of a detention hearing makes sense at this time. Counsel may petition the Court in the Central District of California to set a new detention hearing at a later date, should Mr. Major desire. Although Mr. Major is waiving his right to a detention hearing at this time, he reserves the right to have a detention hearing and seek release from custody at a later date. He understands that waiver of the detention hearing means he will continue to be held in custody and transferred to the Central District of California, unless a hearing is later set and he is subsequently ordered released from custody.

3. Based on the discussion with Mr. Major, counsel believes his waiver of a

detention hearing is knowingly and voluntarily made, and believes he is competent and capable of making such a waiver at this time.

4.      Based on the inability to obtain a signature from the defendant prior to the scheduled hearing time due to contact and visitation restrictions and limitations in place because of the COVID-19 pandemic, counsel respectfully requests that the court accept this filing and counsel's statements on defendant's behalf.

WHEREFORE, defendant Kiernan Major waives his right to a detention hearing at this time, subject to his right to reopen the detention issue at a later date.

Respectfully submitted,

   */s/ Melanie S. Keiper*
Melanie S. Keiper, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: Melanie_Keiper@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

   */s/Mindy Guynn*