# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:22-mj-00491-HCA-1 |
| Kiernan Major | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 2:22-mj-02873 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Central__ District of __California__, *(if applicable)* __Los Angeles__ division.

Defendant has filed a waiver of his right to a preliminary hearing [12]. Defendant also has filed a waiver of his right to a detention hearing subject to requesting a detention hearing in the district of offense, the Central District of California [13]. The Court notes that at his initial appearance in open court on July 27, 2022, the defendant waived his right to an identity hearing, and he waived production of the arrest warrant.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 29, 2022

*Helen C. Adams*

Helen C. Adams, Chief U.S. Magistrate Judge